**Order entered March 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01500-CR

### LATORIA MATTOX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00710-U**

## ORDER

Before the Court is court reporter Sasha Brooks's March 8, 2019 request for an extension of time. We **GRANT** the request and **ORDER** the reporter's record filed on or before April 10, 2019.

/s/      LANA MYERS
         JUSTICE